

No ideaMarch 8, 2021

**James P. Brodie, Esq.**
518-449-8893
James.Brodie@wilsonelser.com

**VIA ECF Filing**
Honorable Lawrence E. Kahn
James T. Foley U.S. Courthouse
445 Broadway, Room 424
Albany, New York 12207-2926

  Re:      CNY Fair Housing, Inc. et al v. Wildwood Ridge Apartment et al.
             Case No.: 5:19-cv-0687
  File No:   17574.00032

Dear Judge Kahn:

Our Firm represents Wildwood Ridge Apartments L.P. in the above referenced matter. Plaintiffs Richard Slowik, Elizabeth Molloy, and CNY Fair Housing Inc. recently filed a motion for summary judgment on the issue of liability.

Please be advised that counsel for movants has graciously consented to an extension of the current deadlines for service of Defendants' opposition papers and Plaintiffs' reply papers as set forth below:

- Defendants' Opposition papers to be served on or before April 2, 2021; and
- Plaintiffs' Reply papers to be served on or before April 16, 2021.

If the above is acceptable to Your Honor, we kindly request that you So Order this correspondence below where indicated. Thank you for your attention to this matter.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

*James P. Brodie*

James P. Brodie                                                            _____
JPB/kpc                                                                                So Ordered

CC:    Conor Kirchner, Esq. – VIA ECF

200 Great Oaks Boulevard, Suite 228 • Albany, NY 12203 • p 518.449.8893 • f 518.449.8927

Alabama • Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston
Indiana • Kentucky • Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • Missouri • Nashville • New Jersey • New Orleans
New York • Orlando • Philadelphia • Phoenix • San Diego • San Francisco • Sarasota • Stamford • Virginia • Washington, DC • Wellington • White Plains

wilsonelser.com

250940014v.1